# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00452-CV

**In re Don A. Wade**

## ORIGINAL PROCEEDING FROM CALDWELL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Don A. Wade, acting pro se, has filed a petition for writ of mandamus asking this Court to issue a writ of mandamus directed to the Caldwell County Clerk. By statute, this Court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* Tex. Gov't Code § 22.221. The Caldwell County Clerk is not a party against whom we may issue a writ of mandamus. Nor has Wade demonstrated that the exercise of our writ power is necessary to enforce our jurisdiction. We have no jurisdiction to grant Wade any relief. Accordingly, the petition for writ of mandamus is dismissed for want of jurisdiction.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed:   July 28, 2015